# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131965 & (53)(59)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 131965
                                         COA: 259820
                                         Kent CC: 03-009419-FH

TERRENCE OSCAR POSEY, a/k/a TERRANCE
OSCAR POSEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for peremptory reversal and for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                   _____
                                             Clerk

t0220